FILED
U.S. District Court
District of Kansas

APR 2 0 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Eric S. Clark,
   Plaintiff
      v.
Merrick Garland, et al.
   Defendants

Case No: **2:23-cv-02170-JAR-RES**

## EXHIBIT LIST FOR COMPLAINT

EXHIBIT A - AFFIDAVIT of Eric S. Clark (Plaintiff)

EXHIBIT B - Billing Statement
    RE: services provided by EMS on 05/16/2022

EXHIBIT C - ATF Form 4473 of June 15, 2021
    RE: Denial (redacted)

EXHIBIT D - FBI Letter of August 27, 2021
    RE: Reversal of Denial on June 15, 2021

EXHIBIT E - ATF Form 4473 of September 15, 2021
    RE: Delayed (redacted)

EXHIBIT F - ATF Form 4473 of August 16, 2018
    RE: Delayed – Denied – Proceed (redacted)

EXHIBIT G - FBI Letter of August 24, 2018
    RE: No information

EXHIBIT H - ATF Form 4473 of September 20, 2018
    RE: Delayed (redacted)

EXHIBIT J - Revised ATF Form 4473 (5300.9) Revised December 2022
    (scheduled as mandatory beginning 04/01/2023)