# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

Eric S. Clark, }
    Plaintiff }
              v. }
Merrick Garland, et al. }
    Defendants }

## EXHIBIT B

EXHIBIT B - Billing Statement
         RE: services provided by EMS on 05/16/2022

**THIS IS A MEDICAL BILL**
Have questions about your bill?
Call us: (785)229-7300

**Eric Clark's Invoice**
Call Number: 215313



### BILL SUMMARY

**Payment Due**
Your insurance has been billed. Your balance is below. Please pay

**$850.00**

Statement Date
**08/24/2022**

**Pay Online** (Recommended)
Visit: securebillpay.net/franklincountyambulance

**Pay By Phone**
Call customer service: (785)229-7300

**Pay By Mail**
Detach payment coupon and submit with a check or credit card information

Need to set up a payment plan? Call us at (785)229-7300

Insurance: Aetna

As we have not received payment from your Insurance Company this bill is your responsibility. PLEASE SEND PAYMENT IN FULL.

### CHARGES SUMMARY

| CALL DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 05/16/2022 | ALS Emergency | $632.50 |
| 05/16/2022 | ALS Mileage One-Way | $217.50 |

| TOTAL CHARGES | $850.00 | TOTAL CREDITS | $0.00 | PLEASE PAY | $850.00 |
|---|---|---|---|---|---|

**FRANKLIN COUNTY EMS**
219 E 14TH STREET
OTTAWA, KS 66067



Has your insurance or patient information changed?
Please check this box and indicate any changes on the reverse side.

**Eric Clark**
1430 N DANE RD
WILLIAMSBURG, KS  66095-8143
2879

---

**If paying by credit, debit or flexible spending card, complete this section.**

| Patient | Eric Clark | | Call Number: | 215313 |
|---|---|---|---|---|

VISA ☐     MasterCard ☐

| Card Number | | Name on Card | |
|---|---|---|---|
| Signature | CVV | Exp. Date | Zip Code |

| $850.00 | STATEMENT DATE 08/24/2022 | DUE DATE ON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|---|

**Include your account number on checks payable to :**

FRANKLIN COUNTY EMS
219 E 14th Street
Ottawa, KS 66067

131279588

Page 1 of 1