# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

Eric S. Clark, }
    Plaintiff }
           v. }
Merrick Garland, et al. }
    Defendants }

## **EXHIBIT D**

EXHIBIT D - FBI Letter of August 27, 2021
                RE: Reversal of Denial on June 15, 2021



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306
August 27, 2021

ERIC S. CLARK
1430 DANE AVENUE
WILLIAMSBURG, KS 66095

RE: Firearm-Related Challenge
    NTN: 1022FCP1L

Dear Mr. Clark:

This responds to your inquiry concerning your eligibility to possess or receive a firearm. The court documentation and/or other pertinent materials submitted have been reviewed.

Based on further review, we have been able to determine you are eligible to possess or receive a firearm. Your Kansas record has been updated. The FBI's Criminal Justice Information Services (CJIS) Division Firearm-Related Challenge Certificate is enclosed. You must take this original certificate to the Federal Firearms Licensee (FFL) who initiated your background check through the National Instant Criminal Background Check System (NICS) to complete your transaction. If more than 30 days have elapsed since the initial background check, the FFL must recheck the NICS before allowing the firearm transfer.

The FBI offers the Voluntary Appeal File (VAF) as an option for individuals to request the NICS retain information to prevent future extended delays or erroneous denials in their attempts to possess or receive a firearm. If you would like to be considered for VAF entry, a VAF application is available at https://www.fbi.gov/file-repository/vaf-form-25.pdf/view and may be submitted along with your fingerprint card to the FBI Criminal Justice Information Services Division, National Instant Criminal Background Check System Section, Voluntary Appeal File, Post Office Box 4278, Clarksburg, West Virginia 26302-4278. The submitted documents will not be returned. It is encouraged to submit documentation within 88 days of the date of this letter. Please be advised, the FBI is required to destroy overturned transactions within 88 days.

                                            Biometric Services Section
                                            Criminal Justice Information
                                                Services Division

Enclosure

# FBI Criminal Justice Information Services (CJIS) Division
# Firearm-Related Challenge Certificate

This is to certify the FBI CJIS Division

has resolved the challenge of

### Eric S. Clark

Mr. Clark is eligible

to possess or receive a firearm from

HARRISON LLC.

## CHALLENGED NTN: 1022FCP1L
## INITIATION DATE: 2021-06-15
## AMD ID: AMD-2538008

### INSTRUCTIONS TO THE FFL/POC STATE

This certificate may only be used for one transaction at the Federal Firearm Licensee (FFL)/Point-of-Contact (POC) State where the denial occurred; however, multiple firearms may be obtained if permitted by state law.

- Verify the above certificate includes the FBI seal.
- Verify the identity of the person presenting this certificate is the same as the name that appears above.
- If more than 30 days have elapsed since the initiation of the original NTN/STN appearing above on this certificate, federal law requires a NICS recheck must be conducted by the FFL/POC State before allowing the transfer. State law may require a NICS recheck for transactions less than 30 days old.
- If this is a state POC check, please contact your POC to complete the NICS recheck.
- If this is an FBI check, call the NICS Contracted Call Center at 1-877-FBI-NICS (324-6427) (select option 1) and advise the Call Center Representative you wish to perform a *challenge recheck*. The Call Center Representative will provide a new NTN and transfer the call to a NICS Customer Service Representative.
- Provide the original denial NTN, appearing above on this certificate, to the NICS Customer Service Representative. Record the new NTN, date, and status on the original Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473.
- Attach this overturned certificate issued by the FBI to the ATF Form 4473.

### AMD ID INSTRUCTIONS

- Verify the identity of the person presenting this AMD ID is the same as the name that appears above.
- If this is an FBI check:
  o E-Check user should enter the AMD ID as "AMD(add number without spaces)" into the UPIN field.
  o NICS Contracted Call Center users should advise the Call Center Representative (CCR) you wish to perform a challenge recheck and provide the AMD ID to the CCR. The CCR will provide the new NTN and transfer the call to a NICS Customer Service Representative.
- If this is a state POC check, please contact your POC to complete the challenge recheck and provide the AMD ID to the POC using "AMD(add number without spaces)" into the UPIN field.