# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Eric S. Clark,<br>    Plaintiff | }<br>} |
|       v. | } |
| Merrick Garland, et al.<br>    Defendants | }<br>} |

### **EXHIBIT E**

EXHIBIT E - ATF Form 4473 of September 15, 2021
        RE: Delayed (redacted)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Firearms Transaction Record

OMB No. 1140-0020

Transferor's/Seller's Transaction Serial Number (if any)

14-191

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Beaman | BBG22 | BT034173 | Derringer | 22 Mag |
| 2. | | | | |
| 3. | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)   **one**

7. Check if any part of this transaction is a pawn redemption. ☐
   Record Line Number(s) From Question 1:

8. Check if this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

Last Name (including suffix, e.g., Jr, Sr, II, III): **CLARK**
First Name: **ERIC**
Middle Name: **STEFAN**

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

Number and Street Address: **1430 DANE AVE**
City: **WILLIAMSBURG**
State: **KS**
ZIP Code: **66095**
County/Parish/Borough: **FRANKLIN**

11. Place of Birth
U.S. City and State: **INDEPENDENCE, MO**   -OR-   Foreign Country:

12. Height: Ft. **5** In. **9**
13. Weight (lbs.): **220**
14. Sex: ☒ Male  ☐ Female  ☐ Non-Binary
15. Birth Date: Month **07** Day **25** Year **1960**

16. Social Security Number (optional, but will help prevent misidentification): Redacted

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity: ☐ Hispanic or Latino   ☒ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native  ☐ Black or African American  ☒ White
☐ Asian  ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A)  ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions:

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning:** You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. | Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

Previous Editions Are Obsolete
Page 1 of 6
**STAPLE IF PAGES BECOME SEPARATED**
ATF Form 4473 (5300.9)
Revised May 2020

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☒ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☒ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☒ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

**22. Transferee's/Buyer's Signature:** [signature]

**23. Certification Date:** Month 09 Day 15 Year 2021

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24. Category of firearm(s) to be transferred (check or mark all that apply):**
- ☒ Handgun
- ☐ Long Gun (rifle or shotgun)
- ☐ Other Firearm (frame, receiver, etc.)

**25. If sale or transfer is at a qualifying gun show or event:**
Name of Function: _____
City, State: _____

**26.a. Identification** (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) |
|---|---|---|
| KS DL | K01-76-5728 | Month 7  Day 25  Year 2025 |

**26.b. Supplemental Government Issued Documentation** (if identification document does not show current residence address or full legal name):

**26.c. Official Military Orders Establishing Permanent Change of Station (PCS):**
PCS Base/City and State: _____  |  PCS Effective Date: _____  |  PCS Order Number (if any): _____

**26.d. Exception to the Nonimmigrant Alien Prohibition:** If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**27.a.** Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:
Month 9  Day 15  Year 2021

**27.b.** The NICS or State transaction number (if provided) was: 1025ZF8P4

**27.c.** The response initially provided by NICS or the appropriate State agency was:
- ☐ Proceed
- ☒ Delayed [The firearm(s) may be transferred on 9/21/2021 if State law permits (optional)]
- ☐ Denied
- ☐ Cancelled

**27.d.** Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:
- ☐ Proceed _____ (date)
- ☐ Denied _____ (date)
- ☐ Cancelled _____ (date)
- ☐ Overturned
- ☐ No response was provided within 3 business days.

**27.e.** After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on: _____ (date).  ☐ Proceed  ☐ Denied  ☐ Cancelled

**27.f.** Name and Brady identification number of the NICS examiner. (optional)
_____ (name)  _____ (number)

**27.g.** Name of FFL Employee Completing NICS check. (optional)

**28.** ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.