# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

Eric S. Clark, }
    Plaintiff }
        v. }
Merrick Garland, et al. }
    Defendants }

### EXHIBIT F

EXHIBIT F - ATF Form 4473 of August 16, 2018
        RE: Delayed – Denied – Proceed (redacted)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

OMB No. 1140-0020

Transferor's/Seller's Transaction Serial Number *(If any)*

DENIED

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. "PLEASE PRINT."

## Section A - Must Be Completed Personally By Transferee/Buyer

**1. Transferee's/Buyer's Full Name** *(If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name | First Name | Middle Name |
|---|---|---|
| CLARK | ERIC | STEFAN |

**2. Current State of Residence and Address** *(U.S. Postal abbreviations are acceptable. Cannot be a post office box.)*

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 30 DANE AVE | WILLIAMSBURG | FRANKLIN | KS | 66095 |

| 3. Place of Birth | 4. Height | 5. Weight (Lbs.) | 6. Sex | 7. Birth Date |
|---|---|---|---|---|
| U.S. City and State: INDEPENDENCE, MO -OR- Foreign Country | Ft. 5 In. 9 | 220 | ☒ Male ☐ Female | Month 07 / Day 25 / Year 1960 |

**8. Social Security Number** *(Optional, but will help prevent misidentification)*: Redacted

**9. Unique Personal Identification Number (UPIN)** *if applicable (See Instructions for Question 9.)*

**10.a. Ethnicity**
☐ Hispanic or Latino
☒ Not Hispanic or Latino

**10.b. Race** *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)*
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☒ White

| | Yes | No |
|---|---|---|
| 11.a. Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ☒ | ☐ |
| 11.b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| 11.c. Have you ever been convicted in any court of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| 11.d. Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | ☐ | ☒ |
| 11.e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |
| 11.f. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| 11.g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☒ |
| 11.h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| 11.i. Have you ever been **convicted** in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |

**12.a. Country of Citizenship:** *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*
☒ United States of America (U.S.A)   ☐ Other Country/Countries (Specify):

| | Yes | No |
|---|---|---|
| 12.b. Have you ever renounced your United States citizenship? | ☐ | ☒ |
| 12.c. Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☒ |
| 12.d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | ☐ | ☒ |
| 12.d.2. If "yes", do you fall within any of the exceptions stated in the instructions? ☒ N/A | ☐ | ☐ |

**13.** If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*:

Previous Editions Are Obsolete
Page 1 of 6

**Transferee/Buyer Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised October 2016

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpos resale for livelihood and profit without a Federal firearms license is a violation of Federal law. (See Instructions for Question 14.)

| 14. Transferee's/Buyer's Signature [signature] | 15. Certification Date 8-16-2018 |

### Section B - Must Be Completed By Transferor/Seller

16. Type of firearm(s) to be transferred (check or mark all that apply):
☒ Handgun ☐ Long Gun (rifles or shotguns) ☐ Other Firearm (frame, receiver, etc. See Instructions for Question 16.)

17. If transfer is at a qualifying gun show or event:
Name of Function: _____
City, State: _____

18.a. Identification (e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) Month / Day / Year |
|---|---|---|
| Kansas DL | K01-46-5728 | 07 / 25 / 202_ |

18.b. Supplemental Government Issued Documentation (if identification document does not show current residence address) (See Instructions for Question 18.b.)

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. (See Instructions for Question 18.c.)

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) (See Instructions for Questions 19, 20 and 2

19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency:
Month 08 / Day 16 / Year 2018

19.b. The NICS or State transaction number (if provided) was: 100PN8CT4

19.c. The response initially (first) provided by NICS or the appropriate State agency was:
☐ Proceed
☒ Delayed [The firearm(s) may be transferred on 8-22-2018 if State law permits (optional)]
☐ Denied
☐ Cancelled

19.d. The following response(s) was/were later received from NI appropriate State agency:
☐ Proceed _____ (date) ☐ Ove
☒ Denied 8-21-2018 (date)
☐ Cancelled _____ (date)
☐ No response was provided within 3 business days.

19.e. (Complete if applicable.) After the firearm was transferred, the following response was received from NICS or the appropriate State agen _____ (date). ☐ Proceed ☐ Denied ☐ Cancelled

19.f. The name and Brady identification number of the NICS examiner. (Optional)
_____ (name) _____ (number)

19.g. Name of FFL Employee Completing NICS check.

20. ☐ No NICS check was required because a background check was completed during the NFA approval process on the individual who w the NFA firearm(s), as reflected on the approved NFA application. (See Instructions for Question 20.)

21. ☐ No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, whic as an exemption to NICS. (See Instructions for Question 21.)

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |

### Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer mus Section C immediately prior to the transfer of the firearm(s). (See Instructions for Question 22 and 23.)

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature DENIED | 23. Recertification D: |

Transferor/Seller Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**