# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

Eric S. Clark,                                          }
      Plaintiff                               }
                  v.                    }
Merrick Garland, et al.                          }
      Defendants                          }

## **EXHIBIT G**

EXHIBIT G -  FBI Letter of August 24, 2018
              RE: No information



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306
August 24, 2018

Mr. Eric Stefan Clark
1430 Dane Ave
Williamsburg, KS  66095

                    SUBJECT:   Firearm Appeal

Dear Mr. Clark:

            This letter is in response to your inquiry concerning
your attempt to possess or receive a firearm.   The National
Instant Criminal Background Check System (NICS) Transaction
Number or State Transaction Number you provided cannot be
matched to a transaction maintained in the NICS.   Therefore, the
FBI Criminal Justice Information Services (CJIS) Division's NICS
Section is unable to process your request.   The material you
submitted is being returned.

            Please be advised, the NICS is required to destroy all
proceeded transactions within 24 hours of providing the final
status to the Federal Firearms Licensee.   Likewise, the NICS is
required to destroy delayed transactions within 88 days from the
date the transaction was initiated.   It is possible your
transaction fits in one of these two categories.

                                        NICS Section
                                        CJIS Division

Enclosure