IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ERIC S. CLARK,**

           **Plaintiff,**

           vs.                                                Case No. 2:23-cv-02170-JAR-RES

**MERRICK GARLAND,**
In Official Capacity as U.S. Attorney General,
**MERRICK GARLAND**
In Personal Capacity,
**UNKNOWN GOVERNMENT AGENT #1 (UGA #1)**
In Personal Capacity,
**UNKNOWN GOVERNMENT AGENT #2 (UGA #2)**
In Personal Capacity,
**UNKNOWN GOVERNMENT AGENT #3 (UGA #3)**
In Personal Capacity,
**UNKNOWN GOVERNMENT AGENT #4 (UGA #4)**
In Personal Capacity
**UNKNOWN GOVERNMENT AGENT #5 (UGA #5)**
In Personal Capacity
**UNKNOWN GOVERNMENT AGENT #6 (UGA #6)**
In Personal Capacity,

           **Defendants.**

**UNOPPOSED MOTION OF DEFENDANTS
FOR EXTENSION OF TIME TO FILE ANSWER**

COMES NOW Defendant United States of America, by and through, Kate E. Brubacher United States Attorney for the District of Kansas, and Terra D. Morehead, Assistant United States Attorney, and hereby moves for a forty-five (45) day extension of time to file Defendant's Answer or other responsive pleading to Plaintiff's Complaint. In support of this motion, Defendant represents as follows:

    1.      Defendant's answer or other responsive pleading is due July 5, 2023.

2. Defendant requires additional necessary time due to working with multiple agencies in acquiring information necessary to respond to Plaintiff's voluminous Complaint.

3. Defendant seeks to extend the deadline for answer or other responsive pleading by forty-five (45) days, or to and including August 21, 2023.

4. Plaintiff has been consulted concerning this requested extension of time and has no objection to it.

WHEREFORE, Defendant requests that the Court extend the time for Defendant to file an Answer or other responsive pleading to Plaintiff's Complaint to August 21, 2023.

    Respectfully Submitted,

    KATE E. BRUBACHER
    United States Attorney
    District of Kansas


    *s/ Terra D. Morehead*
    TERRA D. MOREHEAD
    Assistant United States Attorney
    Ks.S.Ct.No. 12759
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101
    PH: (913) 551-6730
    FX: (913) 551-6541
    Email: terra.morehead@usdoj.gov
    Attorneys for the Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to

Eric S. Clark
Pro Se Plaintiff

                        *s/ Terra D. Morehead*
                        TERRA D. MOREHEAD
                        Assistant United States Attorney