IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERIC S. CLARK,
Plaintiff,
v.                                Case No. 23-2170-JAR-RES
MERRICK GARLAND, *et. al.*
Defendants.

## ATTACHMENT 2

letter dated October 30, 2014

Eric Stefan Clark
1430 Dane Avenue
Williamsburg, KS 66095

October 30, 2014

Federal Bureau of Investigation
Criminal Justice Information Services Division
National Instant Criminal Background Check System Section
Appeal Services Team
P.O. Box 4278
Clarksburg, WV 26302-4278

SUBJECT: Firearm Appeal for NTN # 2PX52G3 initiated 10/23/2014

I am not challenging the "accuracy" of the denial, I am challenging the "validity" of the denial.

The "accuracy" of a conviction of K.S.A. 21-3442 is not in error.

The denial of rights based on that conviction is "invalid(unlawful)".

Under Kansas law my civil rights were taken away and later restored **by law** after ten years.

There is no "court documentation" to provide concerning the law itself.

K.S.A. § 21-6613(b) The ineligibilities imposed by this section shall attach upon conviction and shall continue **until** such person has completed the terms of the authorized sentence.

I have the right to purchase and possess firearms under Kansas law.

I have the right to purchase and possess firearms under Federal law, 18 U.S. Code § 921(20).

ATF Form 4473 makes mention of the meaning of 18 U.S. Code § 921(20) on page 4

under the heading, "EXCEPTIONS to 11.c."

If the denial is not reversed, please provide the name and contact information for the person who made the determination to deny my right to purchase a firearm.

PS: Another denial from earlier this year was reversed – see enclosed documents for the earlier appeal for NTN # 2KMPMRM

Thank you, Eric Stefan Clark