## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ERIC S. CLARK,                          )
Plaintiff,                              )
            v.                          )          Case No. 23-2170-JAR-RES
MERRICK GARLAND, *et. al.*              )
Defendants.                             )

### ATTACHMENT 3

letter dated November 5, 2014



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

November 5, 2014

Mr. Eric Stefan Clark
1430 Dane Avenue
Williamsburg, KS  66095

SUBJECT:  Firearm Appeal
          National Instant Criminal Background Check
          System (NICS) Transaction
          Number (NTN)-2PX52G3

Dear Mr. Clark:

This letter is in response to your inquiry concerning your transaction to possess or receive a firearm.  By way of background, during a NICS check, our computer system searches several databases which contain records of persons with disqualifying conduct.  This system screens individuals by name and descriptive information (i.e., date of birth, race, gender, etc.).  A "deny" indicates the subject of the background check has been matched with a prohibiting record containing a similar name and/or similar descriptive features.  Your transaction's federal prohibition is under Title 18, United States Code, Sections 921(a)(20) and 922(g)(1):  A person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year or any state offense classified by the state as a misdemeanor and is punishable by a term of imprisonment of more than two years

Your appeal request has been forwarded for further processing.  The Appeal Services Team of the FBI Criminal Justice Information Services (CJIS) Division's NICS Section is currently processing cases received in September 2014.

NICS Section
CJIS Division