IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ERIC S. CLARK,**

          **Plaintiff,**

         vs.                                  Case No. 2:23-cv-02170-JAR-RES

**MERRICK GARLAND,**
In Official Capacity as U.S. Attorney General,
**MERRICK GARLAND**
In Personal Capacity,
**UNKNOWN GOVERNMENT AGENT #1 (UGA #1)**
In Personal Capacity,
**UNKNOWN GOVERNMENT AGENT #2 (UGA #2)**
In Personal Capacity,
**UNKNOWN GOVERNMENT AGENT #3 (UGA #3)**
In Personal Capacity,
**UNKNOWN GOVERNMENT AGENT #4 (UGA #4)**
In Personal Capacity
**UNKNOWN GOVERNMENT AGENT #5 (UGA #5)**
In Personal Capacity
**UNKNOWN GOVERNMENT AGENT #6 (UGA #6)**
In Personal Capacity,

          **Defendants.**

**UNOPPOSED MOTION OF DEFENDANTS
FOR EXTENSION OF TIME TO FILE REPLY**

    COMES NOW Defendant United States of America, by and through, Kate E. Brubacher United States Attorney for the District of Kansas, and Brian E. Vanorsby and Christopher Allman, Assistant United States Attorneys, and hereby moves the Court for a twenty-one (21) day extension of time to file Defendant's Reply to Plaintiff's Response to Defendants' Motion to Dismiss the Complaint. In support of this motion, Defendants represent the following:

    1.    Defendant's reply to the Plaintiff's response is currently due on September 6, 2023.

2. Defendant requests that the Court extend Defendant's deadline to reply in support of motion to dismiss by 21 days, to and including September 27, 2023.

3. Good cause exists for Defendant's request to extend his deadlines. The undersigned lead counsel has only recently been assigned to this case due to the impending retirement of prior counsel. The undersigned counsel needs time to become familiar with the underlying facts of this matter and the extensive case law. Additionally, the undersigned is working with multiple agencies in acquiring information necessary to reply to Plaintiff's Response. The undersigned counsel will also be out of the office on leave from September 4, 2023 through September 11, 2023.

4. When the undersigned counsel returns from leave, he will also be engaged in finalizing a motion for summary judgment that is due on September 15, 2023.

5. Pursuant to D. Kan. Local R. 6.1(a), this motion is timely as it is being filed no less than 3 days before the specified time to reply in support of Defendant's motion to dismiss.

6. Plaintiff has been consulted concerning this requested extension of time and has no objection to it.

WHEREFORE, Defendant requests that the Court extend the time for Defendant to file the reply to Plaintiff's Response to September 27, 2023.

Respectfully Submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas


*s/ Brian E. Vanorsby*
Brian E. Vanorsby, KS #27606
Assistant United States Attorney
United States Attorney's Office
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Office: 316.269.6481
Fax: 316.269.6484
E-mail: brian.vanorsby@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to

Eric S. Clark
Pro Se Plaintiff

*s/ Brian E. Vanorsby*
Brian E. Vanorsby
Assistant United States Attorney

3