FILED
U.S. District Court
District of Kansas

NOV 14 2023

Clerk, U.S. District Court
By_____ CA _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERIC S. CLARK,          )
Plaintiff,              )
                        )
v.                      )   Case No. 23-2170-JAR-RES
                        )
MERRICK GARLAND, et. al. )
Defendants.             )

## NOTICE
## OF SUPPLEMENTAL AUTHORITY

Filed pursuant to local Rule 7.1(f), the reason for this notice is to attempt to draw attention to an opinion issued by a federal appeals court after plaintiff's response (ECF 10) was filed. The recently issued federal court opinion supports the plaintiff's argument that federal statute 18 U.S.C. §922(k) is unconstitutional (See ECF 10 at 9-11). The opinion was issued by the United States Court of Appeals for the Fifth Circuit as Appeal No. No. 23-10718, *VanDerStok et al. v. Garland et al.* (hereafter "*VanDerStok*").

This recent federal circuit court opinion notes that

> 'when made for personal use, PMFs "are **not required** by the GCA **to have a serial number** placed on the frame or receiver." *Id.* These facts, ATF contends, make PMFs attractive to criminal actors and "pose a challenge to law enforcement's ability to investigate crimes." *Id.* at [87 Fed. Reg.] 24658.'
> *VanDerStok* at page 7 (bracketed information added)(emphasis added).

The concurrence of that opinion noted that

> 'Frames and receivers **finished in private homes and garages do not have serial numbers**, and that makes it difficult for the Government to track the homemade guns. *Id.* at 24652.' *VanDerStok* at page 34 (concurrence by Andrew S. Oldham, Circuit Judge)(emphasis added).

This point to such firearms, i.e., firearms without serial numbers, being in common use.

The concurrence also noted that the Rule

> 'expressly *exempted* private individuals from serializing their frames and receivers. *See* Final Rule, 87 Fed. Reg. at 24653. That is the precise opposite of what ATF would do if it cared about tracing so-called "ghost guns." *VanDerStok*

at page 35 (concurrence by Andrew S. Oldham, Circuit Judge).(emphasis in original)

I certify that the body of this notice does not exceed 350 words.

Respectfully submitted,

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904

## CERTIFICATE OF SERVICE

I hereby certify that service was made by

mailing true and correct copies of the foregoing

NOTICE OF SUPPLEMENTAL AUTHORITY

by deposit in the United States Mail, Postage prepaid,

on November 14, 2023

addressed to:

Christopher Allman
500 State Ave., Suite 360
Kansas City, KS 66101

and

Brian E. Vanorsby
1200 Epic Center
301 N. Main
Wichita, Kansas 67202

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904