IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

NOV 22 2023

Clerk, U.S. District Court
By_____ Deputy Clerk

ERIC S. CLARK,            )
Plaintiff,                )
     v.                   )      Case No. 23-2170-JAR-RES
MERRICK GARLAND, et. al.  )
Defendants.               )

## SECOND NOTICE
## OF SUPPLEMENTAL AUTHORITY

Filed pursuant to local Rule 7.1(f), the reason for this notice is to attempt to draw attention to an opinion issued by a federal appeals court after plaintiff's response (ECF 10) was filed. The recently issued federal court opinion supports the plaintiff's argument that federal statute 18 U.S.C. §922(t) is unconstitutional (See ECF 10 at 3, "The factual allegations concerning retrospective harm of past delays is fairly traceable to section 922(t) is not factually disputed, rather it is disputed as to the length and permissibility of various delays in relation to the Second Amendment right to keep and bear arms."). The opinion was issued by the United States Court of Appeals for the Fourth Circuit as Appeal No. No. 21-2017, *Maryland Shall Issue, Inc. v. Wes Moore* (hereafter "Moore") issued Nov. 21, 2023.

This recent federal circuit court opinion notes that "Maryland has not pointed to any historical laws that operated by preemptively depriving *all* citizens of firearms to keep them out of dangerous hands. Plaintiffs' challenge thus must succeed, and the district court's contrary decision must be *REVERSED*."

While this was linked to preemptively depriving all citizens, the same logic would apply to preemptively depriving all citizens seeking to purchase a firearm through an FFL.

I certify that the body of this notice does not exceed 350 words.

Respectfully submitted,

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904

## **CERTIFICATE OF SERVICE**

I hereby certify that service was made by

mailing true and correct copies of the foregoing

SECOND NOTICE OF SUPPLEMENTAL AUTHORITY

by deposit in the United States Mail, Postage prepaid,

on November 22, 2023

addressed to:

Christopher Allman
500 State Ave., Suite 360
Kansas City, KS 66101

and

Brian E. Vanorsby
1200 Epic Center
301 N. Main
Wichita, Kansas 67202

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904