FILED
U.S. District Court
District of Kansas

NOV 27 2023

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERIC S. CLARK, )
Plaintiff, )
v. ) Case No. 23-2170-JAR-RES
MERRICK GARLAND, *et. al.* )
Defendants. )

## THIRD NOTICE OF SUPPLEMENTAL AUTHORITY AND WAIVER OF SOME DELAY

Filed pursuant to local Rule 7.1(f), the reason for this notice is to attempt to draw attention to an **order** issued by the federal court of appeals for the **Tenth Circuit** court after plaintiff's response (ECF 13) to defendant's motion to dismiss (ECF 12) was filed.

See *United States v. Harrison*, Appeal No. 23-6028 (10th Cir.), order issued 11/22/2023 :

> "This matter is before the court *sua sponte* at the direction of the judges assigned to hear oral argument on January 18, 2024. No later than December 4, 2023, any party may show cause in writing why this matter should not be abated pending the Supreme Court's issuance of a decision in *United States v. Rahimi*, No. 22-915. Alternatively, a party may choose not to respond to this order, which will be deemed acquiescence in abatement."

Although the motion before the court is now ripe for decision, because that Tenth Circuit order about a case which involves a claim of unconstitutionality concerning 18 U.S.C. §922(g)(3), this court may have reason to also consider a delay as a matter of judicial economy. While delay would prejudice CLARK in the short term, delay may also benefit CLARK depending on the rulings in those cases by potentially reducing discovery and other processes involved in prosecuting this civil suit moving forward; therefore, CLARK waives consideration of prejudice against CLARK in this present case for any delay in ruling on ECF12 until a reasonable period of time after the *Rahimi* and *Harrison* cases have reached a conclusion on the constitutional issues raised in those cases.

I certify that the body of this notice does not exceed 350 words.

Respectfully submitted,

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904

## CERTIFICATE OF SERVICE

I hereby certify that service was made by

mailing true and correct copies of the foregoing

THIRD NOTICE OF SUPPLEMENTAL AUTHORITY AND WAIVER OF SOME DELAY

by deposit in the United States Mail, Postage prepaid,

on November 27, 2023

addressed to:

Christopher Allman
500 State Ave., Suite 360
Kansas City, KS 66101

and

Brian E. Vanorsby
1200 Epic Center
301 N. Main
Wichita, Kansas 67202

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904