# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**ERIC S. CLARK,**

        **Plaintiff,**

**v.**                                            **Case No:  23-2170-JAR**

**MERRICK GARLAND, et al.,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendants' Motion to Dismiss (Doc. 12) is **granted**.  This case is dismissed in its entirety without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: January 16, 2024

SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT

by:  _s/ Sarah Spegal_
            Deputy Clerk