**FILED**
U.S. District Court
District of Kansas

**JAN 19 2024**

Clerk, U.S. District Court
By_____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ERIC S. CLARK,                              )
Plaintiff,                                  )
        v.                              )       Case No. 23-2170-JAR-RES
MERRICK GARLAND, *et. al.*                  )
Defendants.                                 )

## MOTION FOR LEAVE OF COURT

## TO EXCEED THE LOCAL RULE PAGE LIMIT

Plaintiff plans to file a motion pursuant to Rule 60(b)  (Relief from a Judgment or Order).

Because of the numerous issues the motion will raise, Plaintiff expects it will consume

more than 15 pages to properly present all of the issues.

WHEREFORE, Plaintiff now seeks:

**Leave of court to file a 60(b) motion of not more than 28 pages nor more than 9,200 words.**

EXPECTED STATEMENT OF THE ISSUES

1) The order was in error insofar that it applied sovereign immunity to the defendants who
   were sued in their personal capacity.

2) The order erred in finding lack of standing and appears to have misapprehended the
   claim as to violation of the right to keep and bear arms and; alternatively, error in
   reaching the merits without converting the motion to one for summary judgment and
   considered the Voluntary Appeal File (VAF) in regard to credible threat of enforcement.

3) The order is in error by finding failure to state a claim.

4) The order is in error for not allowing the "facial" declarations sought

5) The order is in error by not allowing leave to amend.

Respectfully submitted,

Eric S. Clark
1430 Dane Ave
Williamsburg, Kansas 66095

## CERTIFICATE OF SERVICE

I hereby certify that service was made by

mailing true and correct copies of the foregoing

MOTION FOR LEAVE OF COURT TO EXCEED THE LOCAL RULE PAGE LIMIT

by deposit in the United States Mail, Postage prepaid,

on  January 19, 2024

addressed to:


Christopher Allman
500 State Ave., Suite 360
Kansas City, KS 66101

and

Brian E. Vanorsby
1200 Epic Center
301 N. Main
Wichita, Kansas 67202

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904