FILED
U.S. District Court
District of Kansas

JAN 24 2024

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERIC S. CLARK, )
Plaintiff, )
v. ) Case No. 23-2170-JAR-RES
MERRICK GARLAND, *et. al.* )
Defendants. )

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

Petitioner seeks leave of court to amend the complaint.

No prior amendment of the complaint has been requested.

No oral hearings have taken place.

Petitioner intends to remove assertion of 42 U.S.C. 1983 as a basis for relief.

Petitioner also intends to add factual allegations concerning an alleged violation of his fundamental right to keep and bear arms which occurred on January 17, 2024 through causing time delay in his right to purchase a firearm for the purpose of self defense and other lawful purposes. These factual allegation were not known at the original filing of the Complaint.

Petitioner intends to join an additional unknown government agent in individual capacity concerning the new factual allegations.

Petitioner already, i.e., in the Complain as originally filed, identified basis for relief in the Complaint as "private right of action for injunctive relief and equitable relief." (ECF 1 at 4) and

> "Under private right of action, *for compensatory damages, injunctive relief and equitable relief*, CLARK seeks compensatory damages, an injunction against the deprivation of his rights protected under the Second Amendment to the federal Constitution and seeks such further equitable relief the court deems appropriate. This private right of action is inherent in the federal constitution for the protection of the beneficiaries of the that constitution." (ECF 1 at 4-5)

Petitioner intends to remove both mentions of "compensatory damages" in this paragraph.

Petitioner intends to add a prayer for exercise of the court's power to provide equitable relief for ongoing violations of federal constitutional rights of individuals.

Petitioner also intends to add some commentary or analysis about equitable relief and injunctions, some of which petitioner CLARK will provide as an attachment to this motion.

I certify that the body of this motion does not exceed 350 words.

    Respectfully submitted,

Eric S. Clark
1430 Dane Ave
Williamsburg, Kansas 66095
785-214-8904

## CERTIFICATE OF SERVICE

I hereby certify that service was made by

mailing true and correct copies of the foregoing

MOTION FOR LEAVE TO AMEND THE COMPLAINT and ATTACHMENT for same

by deposit in the United States Mail, Postage prepaid,

on January 22, 2024

addressed to:

Christopher Allman
500 State Ave., Suite 360
Kansas City, KS 66101

and

Brian E. Vanorsby
1200 Epic Center
301 N. Main
Wichita, Kansas 67202

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904