IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERIC S. CLARK, )
Plaintiff, )
v. ) Case No. 23-2170-JAR-RES
MERRICK GARLAND, *et. al.* )
Defendants. )

**SECOND
MOTION FOR LEAVE OF COURT
TO AMEND THE COMPLAINT**

Petitioner seeks leave of court to amend the complaint.

Petitioner fully incorporates the motion to amend filed January 24, 2024 (served 1/22/2024).

Petitioner also intends to add the following to the Complaint:

> "In addition to any other basis for jurisdiction and relief, this action seeks declaratory and injunctive relief pursuant to 5 U.S.C. § 702.
>
> Venue is proper in this district pursuant to 28 U.S.C. § 1391(e)(1)(B) and (C), as a substantial part of the events and/or omissions giving rise to the claims occurred in the District of Kansas.
>
> If prevailing on the action, Petitioner may, but is not required, to move for costs pursuant to 28 U.S. Code §§ 1920 & 2412.
>
> Merrick Garland in his personal (individual) capacity and all named Unknown government agents acted under color of law.
>
> Merrick Garland in his official capacity is representative of the United States as a party."

I certify that the body of this motion does not exceed 350 words.

Respectfully submitted,

Eric S. Clark
1430 Dane Ave
Williamsburg, Kansas 66095
785-214-8904

## CERTIFICATE OF SERVICE

I hereby certify that service was made by

mailing true and correct copies of the foregoing

SECOND MOTION FOR LEAVE OF COURT TO AMEND THE COMPLAINT

by deposit in the United States Mail, Postage prepaid,

on January 25, 2024

addressed to:

Christopher Allman
500 State Ave., Suite 360
Kansas City, KS 66101

and

Brian E. Vanorsby
1200 Epic Center
301 N. Main
Wichita, Kansas 67202

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904