IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

APR 15 2024

Clerk, U.S. District Court
By_____ Deputy Clerk

ERIC S. CLARK, )
Plaintiff, )
    v. ) Case No. 23-2170-JAR-RES
MERRICK GARLAND, *et. al.* )
Defendants. )

## MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT

Petitioner intends to remove assertion of 42 U.S.C. 1983 as a basis for relief.

Petitioner intends to add factual allegations concerning additional alleged violations of his fundamental right to keep and bear arms which occurred on 01/17/2024 and 03/15/ 2024 through causing time delay in his right to purchase a firearm for the purpose of self defense and other lawful purposes. These factual allegations were not known when filing the original Complaint. Petitioner intends to join an additional unknown government agent in individual capacity concerning the new factual allegations.

Petitioner intends to remove mentions of "compensatory damages".

Petitioner intends to add a prayer for exercise of the court's power to provide equitable relief for ongoing violations of federal constitutional rights of individuals and information related to the court's equitable powers.

Petitioner intends to add 5 U.S.C. § 702 as basis for jurisdiction, declaratory and injunctive relief and indicate government agent actions taken pursuant to 27 CFR 478.102 and/or other administrative regulations.

Proposed FIRST AMENDED COMPLAINT is attached.

Respectfully submitted,

Eric S. Clark
1430 Dane Ave
Williamsburg, Kansas 66095 [785-214-8904]

## **CERTIFICATE OF SERVICE**

I hereby certify that service was made by

mailing true and correct copies of the foregoing

MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT

by deposit in the United States Mail, Postage prepaid,

on April 8, 2024

addressed to:

Christopher Allman
500 State Ave., Suite 360
Kansas City, KS 66101

and

Brian E. Vanorsby
1200 Epic Center
301 N. Main
Wichita, Kansas 67202

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904