# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC S. CLARK, )<br>)<br>         Plaintiff, )<br>)<br>vs. )<br>)<br>MERRICK GARLAND, in his )<br>official and personal capacity as U.S. )<br>Attorney General, *et. al.* )<br>)<br>         Defendants. )<br>                                     ) | Case No. 2:23-cv-02170-JAR-RES |

## RESPONSE TO PLAINTIFF'S THIRD
## MOTION FOR LEAVE TO AMEND

The United States, on behalf of Attorney General Garland, respectfully submits this memorandum in opposition to Plaintiff Eric S. Clark's third Motion for Leave to Amend. (Doc. 35).

### INTRODUCTION AND BACKGROUND

Clark filed this action on April 20, 2023, seeking relief under the Declaratory Judgment Act (DJA), 42 U.S.C. § 1983, and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) for what he contends are violations of his Second Amendment rights. *See* (Doc. 1, pgs. 3-5). Defendant moved to dismiss Clark's Complaint because: (1) Clark's claims were barred by sovereign immunity; (2) Clark lacked standing to bring his claims; and (3) for multiple reasons Clark had failed to state a claim upon which relief may be granted. (Doc. 12). Clark filed a response in opposition. (Doc. 13).

On January 16, 2024, this Court entered a Memorandum and Order granting Defendant's Motion to Dismiss and entered judgment in his favor. (Docs. 22 & 23). Following the entry of judgment, Clark filed a Motion for Relief from Judgment pursuant to Fed. R. Civ. P. 60(b). (Doc. 25). That motion is still pending. Clark also filed two motions for leave to amend his Complaint. (Docs. 27 & 28). Those motion are also still pending.

In the first motion, Clark seeks leave to amend to remove a cause of action, to add factual allegations concerning an alleged event occurring *after* entry of the judgment in this case, to remove the phrase "compensatory damages," and to "add some commentary or analysis" regarding equitable relief and injunctions. (Doc. 27). In the second motion, Clark seeks to add a *newly asserted* claim for relief under the Administrative Procedures Act and to add some general language regarding venue, costs, and the capacity in which he is suing Attorney General Garland. (Doc. 28).

In response, Defendant requested that the Court deny Clark's motions to amend because they are premature and, even if they weren't premature, because Clark had failed to comply with the District of Kansas local rules governing motions for leave to amend. (Doc. 29).

By way of this latest motion, Clark seeks to correct the latter issue. Clark also seeks to add yet more factual allegations concerning events that occurred *subsequent* to dismissal. Nonetheless, Clark's latest motion remains premature and should still be denied for the reasons previously stated in Defendant's response to Clark's first two motions to amend. (Doc. 29, pgs. 2-3).

## CONCLUSION

For the reasons stated above and in Defendant's response to Clark's pending motions to amend (Doc. 29), Defendant respectfully requests that the Court deny Clark's third Motion for Leave to Amend.

> Respectfully Submitted,
>
> KATE E. BRUBACHER
> United States Attorney
> District of Kansas
>
> *s/ Brian E. Vanorsby*
> Brian E. Vanorsby, KS #27606
> Assistant United States Attorney
> United States Attorney's Office
> District of Kansas
> 1200 Epic Center, 301 N. Main
> Wichita, Kansas 67202
> Office: 316.269.6481 Fax: 316.269.6484
> E-mail: brian.vanorsby@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to:

Eric S. Clark
Pro Se Plaintiff

> *s/ Brian E. Vanorsby*
> Brian E. Vanorsby
> Assistant United States Attorney

3