IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

APR 25 2024

Clerk, U.S. District Court
By ___ Deputy Clerk

ERIC S. CLARK, )
Plaintiff, )
v. ) Case No. 23-2170-JAR-RES
MERRICK GARLAND, *et. al.* )
Defendants. )

### REPLY FOR
### MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT

In opposition, the government argues "Clark's latest motion remains premature and should still be denied for the reasons previously stated in Defendant's response to Clark's first two motions to amend. (Doc. 29, pgs. 2-3)." (ECF 35 at 2).

Apart from being premature, the government points to no specific deficiency in the proposed pleading. The same causes of action asserted in the proposed pleading, along with *only* the newly asserted factual allegations, could stand on their own as basis for an entirely new case. Clark agrees that the motion is premature as CLARK opted not to file an entirely new case but and the court should await the motion to amend to become ripe or else become moot, that is await the ruling on the motion to set aside judgment.

A Notice of Appeal which could be filed contemporaneously with this reply would also be premature, but, in keeping with the principle of preferring to determine cases on the merits rather than procedural or technical aberrations, such notice would not be rejected merely because it was filed prematurely. Neither should the motion to amend be denied merely for being premature.

Respectfully submitted,

Eric S. Clark
1430 Dane Ave
Williamsburg, Kansas 66095
785-214-8904

## CERTIFICATE OF SERVICE

I hereby certify that service was made by

mailing true and correct copies of the foregoing

REPLY FOR MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT

by deposit in the United States Mail, Postage prepaid,

on  April 25, 2024

addressed to:

Christopher Allman
500 State Ave., Suite 360
Kansas City, KS 66101

and

Brian E. Vanorsby
1200 Epic Center
301 N. Main
Wichita, Kansas 67202


Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904

*/s/ Eric S. Clark*